[No. 58120-1-I.   Division One.   October 8, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EDWARD DONALDSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-06835-0, Douglas D. McBroom, J., entered April 24, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Cox, J., concurred in by Coleman and Ellington, JJ.

[No. 58121-0-I.   Division One.   October 8, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE SILCOTT BARR IV, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 05-1-00374-9, Susan K. Cook, J., entered March 17, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 58728-5-I.   Division One.   October 8, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON WILLIAM FLYNN, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 06-1-00099-5, Vickie I. Churchill, J., entered August 4, 2006. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 58729-3-I.   Division One.   October 8, 2007.]

GINGER ROBERTSON, *Appellant*, v. PATRICK ROCK ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-40789-3, Michael Hayden, J., entered July 24, 2006. *Affirmed* by unpublished opinion per Schindler, A.C.J., concurred in by Grosse and Baker, JJ.